JS - 6
FILED: 11/3/11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Alicia Johnson,** | CASE NO. CV 11-8038-GHK (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **Mortgage Electronic Registration Systems, Inc.,** | |
| Defendant. | |

Based on the Court's November 3, 2011 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiff Alicia Johnson ("Plaintiff") against Defendant Mortgage Electronic Registration Systems, Inc. are **DISMISSED with prejudice**. Plaintiff shall take nothing by this action.

**IT IS SO ORDERED**.

DATED: November 3, 2011

_____
GEORGE H. KING
United States District Judge